IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIMMY BARFIELD,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN ENTERPRISE PROPERTIES NEBRASKA, 1222 South 4th Street, LLC; BRAD GORDON, MIDTOWN GAS AND GROCERY, AND DOES 1-5 INCLUSIVE,<br><br>    Defendants. | **8:16CV19**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Roy L. Landers and the Landers Law Group, PC as counsel for the Plaintiff, Jimmy Barfield, (filing no. 17), is granted.

Dated this 29th day of August, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge